UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GERREN JENKINS, et al.** | * | **CIVIL ACTION NO. 2:23-cv-797** |
| | * | |
| | * | **SECTION "D"** |
| **VERSUS** | * | |
| | * | **JUDGE WENDY B. VITTER** |
| | * | |
| **GULF INTERMODAL SERVICES, LLC, et al.** | * | **MAGISTRATE DIV. "2"** |
| | * | |
| | * | **MAGISTRATE JUDGE DONNA** |
| | * | **PHILLIPS CURRAULT** |

## EXXONMOBIL PRODUCT SOLUTION COMPANY'S WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes ExxonMobil Product Solutions Company (incorrectly named as ExxonMobil Chemical Company) ("ExxonMobil") and, in accordance with the Court's Scheduling Order (Doc. No. 21), submits the following list of Witnesses who it may or will call to testify at trial:

1. Gerren Jenkins, Plaintiff;

2. Charonne Jenkins, Plaintiff;

3. _____, Plaintiff and minor son of Gerren Jenkins;

4. _____, Plaintiff and minor son of Gerren Jenkins;

5. Tina Gordon, dismissed Defendant;

6. James Caucheaux, the Wilson Warehouse Operations Manager;

7. Darren Keller, the Wilson Warehouse Site Supervisor;

8. A representative of Gulf Intermodal Services, LLC, Defendant;

9. A representative of Park Avenue Intermodal, Defendant;

6266773

10. A representative of ExxonMobil, Defendant;

11. Any dispatcher of Park Avenue Intermodal who communicated with Gerren Jenkins;

12. Any and all treating physicians of Gerren Jenkins;

13. Any and all providers who rendered treatment to Gerren Jenkins;

14. Any witnesses called by any party in this litigation;

15. Any experts identified by any party in this litigation;

16. An ExxonMobil expert witness necessary to rebut any expert witness of Plaintiffs;[1]

17. Any witness needed to identify or authenticate any document or other evidence;

18. Any witness needed to provide rebuttal testimony at trial.

As discovery is ongoing and ExxonMobil has a pending Motion to Compel before this Court, ExxonMobil respectfully reserves the right to supplement and/or amend this Witness List at a later date.

*/s/   Cherrell Simms Taplin*
Cherrell Simms Taplin (La. Bar No. 28277)
Melanie N. Derefinko (La. Bar No. 37658)
**LISKOW & LEWIS, APLC**
701 Poydras Street, Suite 5000
New Orleans, LA  70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Email: cstaplin@liskow.com
           mderefinko@liskow.com

***Attorneys for ExxonMobil Product Solutions Company***

---

[1] To date, Plaintiffs have not identified or served any expert reports on ExxonMobil.  However, Plaintiffs have filed a Motion for Extension of the deadlines, including the deadline to identify and serve expert reports. Doc. No. 30.  To the extent Plaintiffs' request is granted, ExxonMobil has requested a similar extension of time to serve any necessary rebuttal expert reports.  *See* Doc. No. 32.

-3-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 9, 2024, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*/s/   Cherrell Simms Taplin*