UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERREN JENKINS, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 23-797 |
| GULF INTERMODAL SERVICES, LLC, ET AL. | * | SECTION "D" (2) |

## **ORDER AND REASONS**

Defendant ExxonMobil Product Solutions Company's Motion to Compel (ECF No. 35) is pending before me in this matter. The motion was scheduled for submission on Wednesday, February 21, 2024. As of this date, Plaintiffs have not filed any Opposition Memoranda, and the deadline for same expired on Tuesday, February 13, 2024. *See* E.D. La. L.R. 7.5.

Plaintiffs filed suit to recover for damages sustained when a truck driven by Gerren Jenkins flipped over. ECF No. 1-1. Defendant issued discovery to Plaintiffs on November 3, 2023, and despite multiple extensions, has received deficient responses. ECF No. 35; No. 35-3. The Court's August 31, 2023 Scheduling Order established a May 28, 2024 trial date and March 11, 2024 discovery deadline. ECF No. 21 at 3, 5. Defendant seeks supplementation of Interrogatory Nos. 4-6, 17, 19-20, specifically seeking information regarding (1) the accident; (2) the nature of Plaintiffs' injuries; (3) how each named defendant caused and/or contributed to the accident; (4) employment information relevant to past or future wage loss claims; and (5) the impact of the alleged injuries on Plaintiff's life and relationships with others. ECF No. 35-1 at 3. Defendant also seeks supplementation of responses regarding his income records, insurance policies, and medical records in response to Requests for Production Nos. 29-30, 33. *Id.* at 4.

Plaintiffs have not filed an opposition to the motion to compel.

1

Having considered the record, the written submissions of counsel, the lack of opposition, the applicable law, and finding that the motion has merit,

IT IS ORDERED that the Motion to Compel (ECF No. 35) is GRANTED.  This Order reserves to Defendant ExxonMobil Product Solutions Company the right to file an appropriate motion, with supporting documentation, to recover fees and costs in incurred in filing the motion in accordance with Fed. R. Civ. P. 37(a)(5).

IT IS FURTHER ORDERED that, within 14 days, Plaintiffs must provide full and complete responses to the discovery requests.

New Orleans, Louisiana, this 21st day of February, 2024.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE